1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff BRIAN WHITAKER

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | BRIAN WHITAKER,                  ) Case No.: 2:20-CV-01012-JAK-RAO
11 |         Plaintiff,               )
                                      ) **NOTICE OF SETTLEMENT AND
12 |    v.                            ) REQUEST TO VACATE ALL
                                      ) CURRENTLY SET DATES**
13 | TSUTSUJI, INC., a California     )
     Corporation; and Does 1-10,     )
14 |                                  )
         Defendants.                  )
15 |                                  )

16

17     The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties, will be filed within 60 days.

23

24

25                                   CENTER FOR DISABILITY ACCESS

26 Dated: May 1, 2020              /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
27                                   Attorney for Plaintiff

28

Notice of Settlement            -1-              2:20-CV-01012-JAK-RAO