CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

WILLIAM D. JOHNSON (SBN:101780)
GILAD R. BERKOWITZ (SBN:320694)
johnson@LosLaw.com
JOHNSON & ASSOCIATES
350 S. Figueroa St., Suite 190
Los Angeles, California 90071
Telephone: (213) 621-3000
Facsimile: (213) 621-2900
Attorneys for Defendant
Tsutsuji, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>TSUTSUJI, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:20-CV-01012-JAK-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

   Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1 | This stipulation is made as the matter has been resolved to the satisfaction of
2 | all parties.

4 | Dated: June 25, 2020          CENTER FOR DISABILITY ACCESS

6 |                               By:   /s/Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
7 |                                     Attorney for Plaintiff

9 | Dated: June 25, 2020          JOHNSON & ASSOCIATES

11|                               By:   /s/William D. Johnson
                                        William D. Johnson
12|                                     Attorney for Defendant
                                        Tsutsuji, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to William D. Johnson, counsel for Tsutsuji, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 25, 2020           CENTER FOR DISABILITY ACCESS

                                      /s/Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorney for Plaintiff